EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SARA J. RUSSELL, State Bar No. 84704
Supervising Deputy Attorney General
RANDY L. BARROW, State Bar No. 111290
DEBORAH A. WORDHAM
MICHAEL L. CROW
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-1642
Fax: (916) 327-2319
E-mail: Randy.Barrow@doj.ca.gov
Attorneys for Defendants California State Agencies
and Individuals Sued in Official State Capacity

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, et al.,<br><br>Defendants. | 2:09-CV-01003-JAM-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR STIPULATING DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:       Hon. John A. Mendez<br>Trial Date:   N/A<br>Action Filed:  April 13, 2009 |

This Stipulation and [Proposed] Order Extending Time for Stipulating Defendants to Respond to Complaint (Stipulation) is entered into by and between plaintiffs Central Water Agency and South Delta Water Agency and the following defendants (Stipulating Defendants): California Natural Resources Agency, Mike Chrisman, Karen Scarborough, California Department of Water Resources, Lester A. Snow, Delores Brown, Barbara McDonnell, Jerry Johns, California Bay Delta Authority, Joe Grindstaff, Keith Coolidge, State Water Resources Control Board, Tom Howard, California Department of Fish and Game, Don Koch, and John McCamman (California State Agencies and Individuals Sued in Official State Capacity); and,

1

PDF created with pdfFactory trial version www.pdffactory.com

Metropolitan Water District of Southern California, Roger Patterson, Randall Neudeck, Kern County Water Agency, Brent Walthall, Tom Clark, Santa Clara Valley Water District, Greg Zlotnick, Cindy Kao, Westlands Water District, Tom Birmingham, Jason Peltier, Zone 7 Water Agency, Jill Duerig, Kurt Arends, San Luis & Delta-Mendota Water Authority, Dan Nelson, Ara Azhderian, Contra Costa Water District, Greg Gartrell, Friant Water Authority, Ron Jacobsma, Steve Ottemoeller, North Delta Water Agency, Melinda Terry, Mirant Delta, LLC, The Nature Conservancy, Environmental Defense Fund, Defenders of Wildlife, California Farm Bureau Federation, American Rivers, Natural Heritage Institute, and The Bay Institute of San Francisco. The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, on or about April 13, 2009, plaintiffs Central Water Agency and South Delta Water Agency filed a complaint for declaratory relief, injunctive relief, and mandamus against the Stipulating Defendants and others, including federal agencies and individuals sued in their official capacity as officers of federal agencies.

WHEREAS, the federal defendants and most or all of the Stipulating Defendants were served on or about April 23, 2009.

WHEREAS, there is a dispute between plaintiffs and some of the Stipulating Defendants regarding the sufficiency of service.

WHEREAS, under the Federal Rules of Civil Procedure, the federal defendants have 60 days after service to respond to plaintiffs' complaint, but the non-federal defendants have only 20 days after service to respond to plaintiffs' complaint.

WHEREAS, the Stipulating Defendants have requested that the time to file their responses to plaintiffs' complaint be the same as the time for the federal defendants' responses, which is June 22, 2009, and plaintiffs have agreed to that request.

THEREFORE, it is hereby stipulated that:

The time within which the Stipulating Defendants must file responsive pleadings to plaintiffs' complaint is extended to June 22, 2009.

The Stipulating Defendants waive objections to the sufficiency of service.

2

PDF created with pdfFactory trial version www.pdffactory.com

Entry into this Stipulation does not waive any Stipulating Defendant's right to contest this Court's jurisdiction over any defendant or waive any defenses of any kind to plaintiffs' complaint and/or this action.

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

May 11, 2009                          ABBOTT & KINDERMANN


                                      /s/Glen C. Hansen
                                      (As authorized on May 11, 2009)
                                      DIANE KINDERMANN HENDERSON
                                      GLEN C. HANSEN
                                      Attorneys for Plaintiffs Central Delta Water
                                      Agency and South Delta Water Agency


May 11, 2009                          EDMUND G. BROWN JR.
                                      Attorney General of California


                                      /s/ Randy L. Barrow
                                      RANDY L. BARROW
                                      (As authorized on May 11, 2009)
                                      Deputy Attorney General
                                      Attorneys for Defendants California Natural
                                      Resources Agency, Mike Chrisman, Karen
                                      Scarborough, California Department of Water
                                      Resources, Lester Snow, Delores Brown, Barbara
                                      McDonnell, Jerry Johns, California Bay Delta
                                      Authority, Joe Grindstaff, Keith Coolidge, State
                                      Water Resources Control Board, Tom Howard,
                                      California Department of Fish and Game, Don
                                      Koch, and John McCamman

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | May 11, 2009 | METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA |
| 2 | | |
| 3 | | /s/Linus Masouredis |
| 4 | | (As authorized on May 6, 2009) |
| 5 | | LINUS MASOUREDIS, Chief Deputy General Counsel |
| 6 | | Attorneys for Defendants Metropolitan Water District of Southern California, Roger Patterson, |
| 7 | | and Randall Neudeck |
| 8 | May 11, 2009 | NOSSAMAN LLP |
| 9 | | |
| 10 | | /s/Paul Weiland |
| 11 | | (As Authorized May 7, 2009) PAUL WEILAND |
| 12 | | ROBERT HORTON Attorneys for Defendants Kern County Water |
| 13 | | Agency, Brent Walthall, and Tom Clark |
| 14 | May 11, 2009 | SANTA CLARA WATER DISTRICT |
| 15 | | |
| 16 | | /s/Debra Cauble |
| 17 | | (As authorized May 8, 2009) DEBRA CAUBLE |
| 18 | | EMILY COTE |
| 19 | | Office of The District Counsel Attorneys for Defendants Santa Clara Valley |
| 20 | | Water District, Greg Zlotnick, Cindy Kao |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | May 11, 2009 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | May 11, 2009 |

May 11, 2009      DIEPENBROCK HARRISON,
A PROFESSIONAL CORPORATION

     /s/Eileen M. Diepenbrock
(As authorized May 6, 2009)
EILEEN M. DIEPENBROCK
Attorneys for Defendants San Luis & Delta-
Mendota Water Authority, Dan Nelson, and Ara
Azhderian, Westlands Water District, Tom
Birmingham,and Jason Peltier,

May 11, 2009      COX, CASTLE & NICHOLSON, LLP

     /s/Andrew B. Sabey
(As authorized May 6, 2009)
ANDREW B. SABEY
Attorneys for Defendant Zone 7 Water Agency,
Jill Duerig, and Kurt Arends

May 11, 2009      BOLD, POLISNER, MADDOW, NELSON & JUDSON
A PROFESSIONAL CORPORATION

     /s/Carl P.A. Nelson
(As authorized May 11, 2009)
CARL P.A. NELSON
Attorneys for Defendants Contra Costa Water
District and Greg Gartrell

May 11, 2009      RUDDELL, COCHRAN, STANTON, SMITH
BIXLER & WISEHART, LLP

     /s/D. Zackary Smith
(As authorized May 8, 2009)
D. ZACKARY SMITH
Attorneys for Defendants Friant Water Authority,
Ron Jacobson, and Stephen Ottemoeller

5

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| May 11, 2009 | DOWNEY BRAND |
| | |
| | /s/Kevin M. O'Brian |
| | (As authorized May 8, 2009) |
| | KEVIN M. O'BRIAN |
| | Attorneys for Defendants North Delta Water |
| | Agency and Melinda Terry |
| | |
| May 11, 2009 | HOLLAND & KNIGHT LLP |
| | |
| | /s/Peter W. Landreth |
| | (As authorized May 7, 2009) |
| | PETER W. LANDRETH |
| | Attorneys for Defendant Mirant Delta, LLC |
| | |
| May 11, 2009 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | |
| | /s/Sarah Ratcliffe Choi |
| | (As authorized May 7, 2009) |
| | SARAH RATCLIFFE CHOI |
| | Attorneys for Defendants The Nature |
| | Conservancy, Environmental Defense Fund, |
| | Defenders of Wildlife, American Rivers, Natural |
| | Heritage Institute, and The Bay Institute of San |
| | Francisco |
| | |
| May 11, 2009 | CALIFORNIA FARM BUREAU FEDERATION |
| | |
| | /s/Christian C. Scheuring |
| | (As authorized May 6, 2009) |
| | CHRISTIAN C. SCHEURING |
| | KARI E. FISHER |
| | Attorneys for Defendant California Farm Bureau |
| | Federation |

6

PDF created with pdfFactory trial version www.pdffactory.com

1

ORDER

2          Based upon the foregoing Stipulation and good cause appearing therefor,

3     IT IS SO ORDERED.

4

5     Dated:   May 12, 2009                    /s/ John A. Mendez____
                                               Hon. John A. Mendez
6

7

8

9
      SA2009309945
10    30739850.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

PDF created with pdfFactory trial version www.pdffactory.com