```
1  DIANE KINDERMANN HENDERSON, SBN 144426
   GLEN C. HANSEN, SBN 166923
2  Abbott & Kindermann, LLP
   2100 21st Street
3  Sacramento, California 95818
   Telephone:   (916) 456-9595
4  Facsimile:   (916) 456-9599
   Email: dkindermann@aklandlaw.com
5  Email: ghansen@aklandlaw.com

6  Attorneys for Plaintiffs
   CENTRAL DELTA WATER AGENCY and
7  SOUTH DELTA WATER AGENCY
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH & WILDLIFE SERVICE; ROWAN GOULD; KEN MCDERMOND; LORI RINEK; REN LOHOEFENER; DAN CASTLEBERRY; NATIONAL MARINE FISHERIES SERVICE; JAMES W. BALSIGER; RUSS STRACH; TED MEYERS; UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM MCDONALD; MIKE CHOTKOWSKI; DON GLASER; FEDERICO BARAJAS; UNITED STATES ARMY CORPS OF ENGINEERS; ROBERT L. VAN ANTWERP; PAUL ROBERSHOTTE; CALIFORNIA NATURAL RESOURCES AGENCY; MIKE CHRISMAN; KAREN SCARBOROUGH; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER A. SNOW; DELORES BROWN; BARBARA MCDONNELL; JERRY JOHNS; CALIFORNIA BAY DELTA AUTHORITY; JOE GRINDSTAFF; KEITH COOLIDGE; STATE WATER RESOURCES CONTROL BOARD; TOM HOWARD; CALIFORNIA DEPARTMENT OF FISH & GAME; DON KOCH; JOHN MCCAMMAN; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; ROGER PATTERSON; RANDALL NEUDECK; KERN COUNTY WATER AGENCY; BRENT WALTHALL; TOM CLARK; SANTA CLARA | Case No.: 2:09-CV-01003-JAM-GGH <br><br> **ORDER GRANTING PLAINTIFFS CENTRAL DELTA WATER AGENCY AND SOUTH DELTA WATER AGENCY'S EX PARTE APPLICATION TO FILE A MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF 25 PAGES** <br><br> **<u>AS MODIFIED BY THE COURT</u>** <br> **<u>On page 1, line 23.</u>** |

PDF created with pdfFactory trial version www.pdffactory.com

| 1 | VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM BIRMINGHAM; JASON PELTIER; ZONE 7 WATER AGENCY; JILL DUERIG; KURT ARENDS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; DAN NELSON; ARA AZHDERIAN; CONTRA COSTA WATER DISTRICT; GREG GARTRELL; FRIANT WATER AUTHORITY; RON JACOBSMA; STEVE OTTEMOELLER; NORTH DELTA WATER AGENCY; MELINDA TERRY; MIRANT DELTA LLC; THE NATURE CONSERVANCY; ENVIRONMENTAL DEFENSE, INCORPORATED; DEFENDERS OF WILDLIFE; CALIFORNIA FARM BUREAU FEDERATION; AMERICAN RIVERS; NATURAL HERITAGE INSTITUTE; THE BAY INSTITUTE; BAY DELTA CONSERVATION PLAN STEERING COMMITTEE, and DOES 1 THROUGH 200, inclusive.

Defendants. |

On proof made to the satisfaction of the Court, and good cause appearing,

IT IS ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY's Ex Parte Application For Order Granting Permission To File Memorandum Of Law In Support Of Motion For Preliminary Injunction In Excess Of 25 Pages is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY may file a memorandum of points and authorities in support of their motion for preliminary injunction that exceeds twenty-five (25) pages, but does not exceed THIRTY-FIVE (35) pages.

IT IS SO ORDERED:

Dated: May 12, 2009  /s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Judge

PROPOSED ORDER RE EX PARTE APPLICATION FOR A PRELIMINARY INJUNCTION BRIEF OVER 25 PAGES   1

PDF created with pdfFactory trial version www.pdffactory.com