```
 1  D. ZACKARY SMITH  (SBN 104912)
    RUDDELL, COCHRAN, STANTON,
 2  SMITH, BIXLER & WISEHART, LLP
    1102 N. Chinowth Street
 3  Visalia, California  93291-4113
    Ph. (559) 733-5770
 4  Fax: (559) 733-4922

 5  Attorneys for Defendants FRIANT WATER AUTHORITY, RON JACOBSMA
    and STEVE OTTEMOELLER
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION
```

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY, | **Case No: 1:09-CV-00861 OWW DLB** |
| Plaintiffs, | **ORDER GRANTING EX PARTE APPLICATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF TWENTY-FIVE (25) PAGES;** |
| vs. | |
| UNITED STATES FISH & WILDLIFE SERVICE *et al,* | **DATE:** unscheduled<br>**TIME:** unscheduled<br>**JUDGE: The Honorable Oliver W. Wanger** |
| Defendants. | |

   On proof made to the satisfaction of the Court, and good cause appearing,

   IT IS ORDERED that the Ex Parte Application for Order Granting Permission to File Memorandum of Points and Authorities In Support of Motion to Dismiss, made by Defendants, KERN COUNTY WATER AGENCY, BRENT WALTHALL, TOM CLARK, THE METROPOLITAN WATER

DISTRICT OF SOUTHERN CALIFORNIA, ROGER PATTERSON, RANDALL NEUDECK, ZONE 7 WATER AGENCY, JILL DUERIG, KURT ARENDS, SANTA CLARA VALLEY WATER DISTRICT, GREG ZLOTNICK, CINDY KAO, FRIANT WATER AUTHORITY, RON JACOBSMA, STEVE OTTEMOELLER, WESTLAND WATER DISTRICT, TOM BIRMINGHAM, JASON PELTIER, SAN LUIS DELTA MENDOTA WATER AUTHORITY, DAN NELSON, ARA AZHDERIAN, CONTRA COSTA WATER DISTRICT, GREG GARTRELL, NORTH DELTA WATER AGENCY, and MELINA TERRY, is hereby GRANTED

IT IS FURTHER ORDERED that Defendants, KERN COUNTY WATER AGENCY, BRENT WALTHALL, TOM CLARK, THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, ROGER PATTERSON, RANDALL NEUDECK, ZONE 7 WATER AGENCY, JILL DUERIG, KURT ARENDS, SANTA CLARA VALLEY WATER DISTRICT, GREG ZLOTNICK, CINDY KAO, FRIANT WATER AUTHORITY, RON JACOBSMA, STEVE OTTEMOELLER, WESTLAND WATER DISTRICT, TOM BIRMINGHAM, JASON PELTIER, SAN LUIS DELTA MENDOTA WATER AUTHORITY, DAN NELSON, ARA AZHDERIAN, CONTRA COSTA WATER DISTRICT, GREG GARTRELL, NORTH DELTA WATER AGENCY, and MELINA TERRY, may file a joint memorandum of points and authorities in support of their motion to dismiss that exceeds 25 pages, but does not exceed 40 pages.

Date: June 17, 2009                    By:/s/ OLIVER W. WANGER
                                          **OLIVER W. WANGER,**
                                          **United States District Judge**