EILEEN M. DIEPENBROCK (SBN 119254)
JON D. RUBIN (SBN 196944)
DAVID A. DIEPENBROCK (SBN 215679)
DIEPENBROCK HARRISON, A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendants
San Luis & Delta-Mendota Water Authority;
 Westlands Water District; Tom Birmingham;
Jason Peltier;Dan Nelson; and Ara Azhderian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE; ROWAN GOULD; KEN MCDERMOND; LORI RINEK; REN LOHOEFENER; DAN CASTLEBERRY; NATIONAL MARINE FISHERIES SERVICE; JAMES W. BALSIGER; RUSS STRACH; TED MEYERS, UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM MCDONALD; MIKE CHOTKOWSKI; DON GLASER; FEDERICO BARAJAS; UNITED STATES ARMY CORPS OF ENGINEERS; ROBERT L. VAN ANTWERP; PAUL ROBERSHOTTE; CALIFORNIA NATURAL RESOURCES AGENCY; MIKE CHRISMAN; KAREN SCARBOROUGH; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER A. SNOW; DELORES BROWN; | Case No.: 1:09-cv-861 OWW DLB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Mandatory Scheduling Conference:<br>Date:  July 30, 2009<br>Time:  8:15 a.m.<br>Place:  Courtroom 3<br>Judge:  Hon. Oliver W. Wanger |

| | |
|---|---|
| BARBARA MCDONNELL; JERRY JOHNS; CALIFORNIA BAY DELTA AUTHORITY; JOE GRINDSTAFF; KEITH COOLIDGE; STATE WATER RESOURCES CONTROL BOARD; TOM HOWARD; CALIFORNIA DEPARTMENT OF FISH & GAME; DON KOCH; JOHN MCCAMMAN; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; ROGER PATTERSON; RANDALL NEUDECK; KERN COUNTY WATER AGENCY; BRENT WALTHALL; TOM CLARK; SANTA CLARA VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM BIRMINGHAM; JASON PELTIER; ZONE 7 WATER AGENCY; JILL DUERIG; KURT ARENDS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; DAN NELSON; ARA AZHDERIAN; CONTRA COSTA WATER DISTRICT; GREG GARTRELL; FRIANT WATER AUTHORITY; RON JACOBSMA; STEVE OTTEMOELLER; NORTH DELTA WATER AGENCY; MELINDA TERRY; MIRANT DELTA LLC; THE NATURE CONSERVANCY; ENVIRONMENTAL DEFENSE, INCORPORATED; DEFENDERS OF WILDLIFE; CALIFORNIA FARM BUREAU FEDERATION; AMERICAN RIVERS; NATURAL HERITAGE INSTITUTE; THE BAY INSTITUTE; BAY DELTA CONSERVATION PLAN STEERING COMMITTEE, and DOES 1 THROUGH 200, Inclusive.<br>                    Defendants. | |

This Stipulation and Order to Continue the Scheduling Conference (Stipulation) is entered into by and between Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY; and Defendants UNITED STATES FISH & WILDLIFE SERVICE; ROWAN GOULD; KEN MCDERMOND; LORI RINEK; REN LOHOEFENER; DAN CASTLEBERRY; NATIONAL MARINE FISHERIES SERVICE; JAMES W. BALSIGER; RUSS STRACH; TED MEYERS, UNITED STATES BUREAU OF RECLAMATION; J.

WILLIAM MCDONALD; MIKE CHOTKOWSKI; DON GLASER; FEDERICO BARAJAS; UNITED STATES ARMY CORPS OF ENGINEERS; ROBERT L. VAN ANTWERP; PAUL ROBERSHOTTE; CALIFORNIA NATURAL RESOURCES AGENCY; MIKE CHRISMAN; KAREN SCARBOROUGH; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER A. SNOW; DELORES BROWN; BARBARA MCDONNELL; JERRY JOHNS; CALIFORNIA BAY DELTA AUTHORITY; JOE GRINDSTAFF; KEITH COOLIDGE; STATE WATER RESOURCES CONTROL BOARD; TOM HOWARD; CALIFORNIA DEPARTMENT OF FISH & GAME; DON KOCH; JOHN MCCAMMAN; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; ROGER PATTERSON; RANDALL NEUDECK; KERN COUNTY WATER AGENCY; BRENT WALTHALL; TOM CLARK; SANTA CLARA VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM BIRMINGHAM; JASON PELTIER; ZONE 7 WATER AGENCY; JILL DUERIG; KURT ARENDS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; DAN NELSON; ARA AZHDERIAN; CONTRA COSTA WATER DISTRICT; FRIANT WATER AUTHORITY; RON JACOBSMA; STEVE OTTEMOELLER; NORTH DELTA WATER AGENCY; MELINDA TERRY; MIRANT DELTA LLC; THE NATURE CONSERVANCY; ENVIRONMENTAL DEFENSE, INCORPORATED; DEFENDERS OF WILDLIFE; CALIFORNIA FARM BUREAU FEDERATION; AMERICAN RIVERS; NATURAL HERITAGE INSTITUTE; and THE BAY INSTITUTE (collectively, the "Parties").   The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

   WHEREAS, on or about April 13, 2009, plaintiffs Central Water Agency and South Delta Water Agency filed their complaint in this action for declaratory relief, injunctive relief, and mandamus.

   WHEREAS, on June 22, 2009, defendants filed motions to dismiss, which motions currently are set to be heard on September 28, 2009.

   WHEREAS, the Scheduling Conference in this matter has been set for **July 30, 2009**.

///

WHEREAS, to promote judicial efficiency and economy, the Parties respectfully request, and have so stipulated, to continue the Scheduling Conference, including the mandatory pre-conference meet and confer and Joint Scheduling Report, to a date convenient for the Court after the hearing on the motions to dismiss.

THEREFORE, it is hereby stipulated that:

The Scheduling Conference presently scheduled for July 30, 2009, including the deadlines to meet and confer and file the Joint Scheduling Report, be continued to a date convenient for the Court after the hearing on the defendants' motions to dismiss.

Dated:  June 29, 2009       ABBOTT & KINDERMANN

By: /s/ [*Glen C. Hansen*]  (as authorized on 6/29/09)
    DIANE KINDERMANN HENDERSON
    GLEN C. HANSEN
Attorneys for Plaintiffs CENTRAL DELTA WATER
AGENCY and SOUTH DELTA WATER AGENCY

Dated: June 29, 2009        EDMUND G. BROWN, JR.
                            ATTORNEY GENERAL OF CALIFORNIA

By: /s/  [*Randy L. Barrow*] (as authorized on 6/29/09)
    RANDY L. BARROW
    Deputy Attorney General
Attorneys for Defendants
CALIFORNIA NATURAL RESOURCES AGENCY,
MIKE CHRISMAN, KAREN SCARBOROUGH,
CALIFORNIA DEPARTMENT OF WATER
RESOURCES, LESTER SNOW, DELORES BROWN,
BARBARA McDONNELL, JERRY JOHNS,
CALIFORNIA BAY DELTA AUTHORITY, JOE
GRINDSTAFF, KEITH COOLIDGE, STATE WATER
RESOURCES CONTROL BOARD, TOM HOWARD,
CALIFORNIA DEPARTMENT OF FISH AND GAME,
DON KOCH, and JOHN McCAMMAN

Dated: June 29, 2009        JOHN C. CRUDEN
                            Acting Assistant Attorney General

By: /s/  [*Charles R. Shockey*] (as authorized on 6/29/09)
    CHARLES R. SHOCKEY
    Attorney for Federal Defendants

///

///

| | | |
|---|---|---|
| 1 | Dated:  June 22, 2009 | THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA |
| 2 | | |
| 3 | | By:  /s/  [*Adam C. Lear*]  (as authorized on 6/29/09)<br>                ADAM C. LEAR<br>Attorneys for Defendants |
| 4 | | THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, ROGER PATTERSON, |
| 5 | | and RANDALL NEUDECK |
| 6 | | |
| 7 | Dated:  June 29, 2009 | NOSSAMAN LLP |
| 8 | | By:  /s/ [*Paul S. Weiland*] (as authorized on 6/29/09)<br>                PAUL S. WEILAND |
| 9 | | Attorneys for Defendant<br>KERN COUNTY WATER AGENCY BRENT |
| 10 | | WALTHALL, and TOM CLARK |
| 11 | | |
| 12 | Dated:  June 29, 2009 | DIEPENBROCK HARRISON<br>A Professional Corporation |
| 13 | | |
| 14 | | By:  /s/  [*Eileen M. Diepenbrock*]<br>                EILEEN M. DIEPENBROCK<br>Attorneys for Defendants |
| 15 | | SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT; |
| 16 | | TOM BIRMINGHAM; JASON PELTIER; DAN NELSON; and ARA AZHDERIAN |
| 17 | | |
| 18 | Dated: June 22, 2009 | COX, CASTLE & NICHOLSON, LLP |
| 19 | | By:  /s/  [*Andrew Sabey*] (as authorized on 6/29/09)<br>                ANDREW SABEY |
| 20 | | Attorneys for Defendants<br>ZONE 7 WATER AGENCY, JILL DUERIG, AND KURT |
| 21 | | ARENDS |
| 22 | | |
| 23 | Dated:  June 29, 2009 | SANTA CLARA VALLEY WATER DISTRICT |
| 24 | | By: /s/ [*Emily J. Cote*] (as authorized on 6/29/09)<br>                EMILY J. COTE |
| 25 | | Attorneys for Defendants<br>SANTA CLARA VALLEY WATER DISTRICT, |
| 26 | | GREG ZLOTNICK, and CINDY KAO |
| 27 | /// | |
| 28 | /// | |

| | | |
|---|---|---|
| 1 | Dated: June 29, 2009 | CALIFORNIA FARM BUREAU FEDERATION |
| 2 | | By: /s/ [*Kari E.* Fisher] (as authorized on 6/29/09)<br>KARI E. FISHER |
| 3 | | Attorney for Defendant<br>CALIFORNIA FARM BUREAU FEDERAION |
| 4 | | |
| 5 | Dated: June 29, 2009 | RUDDELL, COCHRAN, STANTON, SMITH,<br>BIXLER & WISEHART, LLP |
| 6 | | |
| 7 | | By: /s/ [*Daniel Zachary Smith*] (as authorized on 6/29/09)<br>DANIEL ZACHARY SMITH |
| 8 | | Attorneys for Defendants<br>FRIANT WATER AUTHORITY, RON JACOBSMA and<br>STEVE OTTEMOELLER |
| 9 | | |
| 10 | Dated: June 29, 2009 | DOWNEY BRAND LLP |
| 11 | | By: /s/ [*Kevin M. O'Brien*]  (as authorized on 6/29/09)<br>KEVIN M. O'BRIEN |
| 12 | | Attorneys for Defendants<br>NORTH DELTA WATER AGENCY and |
| 13 | | MELINDA TERRY |
| 14 | | |
| 15 | Dated: June 29, 2009 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 16 | | By: /s/ [*Sarah Ratcliffe Choi*] (as authorized on 6/29/09<br>SARAH RATCLIFF CHOI |
| 17 | | Attorneys for Defendants<br>DEFENDERS OF WILDLIFE, THE NATURE |
| 18 | | CONSERVANCY, ENVIRONMENTAL DEFENSE<br>FUND, AMERICAN RIVERS, THE BAY INSTITUTE |
| 19 | | OF SAN FRANCISCO, and NATURAL HERITAGE<br>INSTITUTE |
| 20 | | |
| 21 | Dated: June 29, 2009 | HOLLAND & KNIGHT LLP |
| 22 | | By: /s/ [*Peter Landreth*] (as authorized on 6/29/09)<br>PETER LANDRETH |
| 23 | | Attorneys for Defendant<br>MIRANT DELTA, LLC |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED. The Scheduling Conference is hereby continued to November 5, 2009, at 8:15 in department 3. The last day to meet and confer is continued to October 29, 2009, and the Joint Scheduling Report is due October 30, 2009.

Dated: July 1, 2009        /s/ OLIVER W. WANGER
                           Honorable Oliver W. Wanger
                           United States District Court Judge