DIANE KINDERMANN HENDERSON, SBN 144426
GLEN C. HANSEN, SBN 166923
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com

Attorneys for Plaintiffs
CENTRAL DELTA WATER AGENCY and
SOUTH DELTA WATER AGENCY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY, <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES FISH & WILDLIFE SERVICE; ROWAN GOULD; KEN MCDERMOND; LORI RINEK; REN LOHOEFENER; DAN CASTLEBERRY; NATIONAL MARINE FISHERIES SERVICE; JAMES W. BALSIGER; RUSS STRACH; TED MEYERS; UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM MCDONALD; MIKE CHOTKOWSKI; DON GLASER; FEDERICO BARAJAS; UNITED STATES ARMY CORPS OF ENGINEERS; ROBERT L. VAN ANTWERP; PAUL ROBERSHOTTE; CALIFORNIA NATURAL RESOURCES AGENCY; MIKE CHRISMAN; KAREN SCARBOROUGH; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER A. SNOW; DELORES BROWN; BARBARA MCDONNELL; JERRY JOHNS; CALIFORNIA BAY DELTA AUTHORITY; JOE GRINDSTAFF; KEITH COOLIDGE; STATE WATER RESOURCES CONTROL BOARD; TOM HOWARD; CALIFORNIA DEPARTMENT OF FISH & GAME; DON KOCH; JOHN MCCAMMAN; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; ROGER PATTERSON; RANDALL NEUDECK; KERN COUNTY WATER AGENCY; BRENT WALTHALL; TOM CLARK; SANTA CLARA | Case No.: 1:09-CV-861-OWW-DLB <br><br>**ORDER GRANTING PLAINTIFFS CENTRAL DELTA WATER AGENCY AND SOUTH DELTA WATER AGENCY'S EX PARTE APPLICATION TO FILE A MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS IN EXCESS OF 25 PAGES** |

VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM BIRMINGHAM; JASON PELTIER; ZONE 7 WATER AGENCY; JILL DUERIG; KURT ARENDS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; DAN NELSON; ARA AZHDERIAN; CONTRA COSTA WATER DISTRICT; GREG GARTRELL; FRIANT WATER AUTHORITY; RON JACOBSMA; STEVE OTTEMOELLER; NORTH DELTA WATER AGENCY; MELINDA TERRY; MIRANT DELTA LLC; THE NATURE CONSERVANCY; ENVIRONMENTAL DEFENSE, INCORPORATED; DEFENDERS OF WILDLIFE; CALIFORNIA FARM BUREAU FEDERATION; AMERICAN RIVERS; NATURAL HERITAGE INSTITUTE; THE BAY INSTITUTE; BAY DELTA CONSERVATION PLAN STEERING COMMITTEE, and DOES 1 THROUGH 200, inclusive.

           Defendants.

On proof made to the satisfaction of the Court, and good cause appearing,

IT IS ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY's Ex Parte Application For Order Granting Permission To File a Memorandum of Law in Opposition to Defendants' Motions to Dismiss In Excess Of 25 Pages is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY may file a consolidated memorandum of points and authorities in opposition to defendants' motions to dismiss that exceeds twenty-five (25) pages, but does not exceed sixty-five (65) pages.

IT IS SO ORDERED:

Dated 7/8/2009             /s/ OLIVER W. WANGER

                                         Honorable Oliver W. Wanger
                                         United States District Judge