**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY,** | 1:09-CV-00861 OWW DLB |
| Plaintiffs, | JUDGMENT |
| v. | |
| **UNITED STATES FISH AND WILDLIFE SERVICE,** *et al.*, | |
| Defendants. | |

A Memorandum Decision and Order, dated September 8, 2009, granted the motions to dismiss brought by six groups of defendants, California Farm Bureau Federation (Doc. 106), the Environmental Non-Profits (Doc. 107), the Federal Defendants (Doc. 112), Mirant Delta LLC (Doc. 113), the Water Agency Defendants (Docs. 114 & 118), and the State Defendants (Doc. 116), dismissing the entire action with prejudice and without leave to amend.

Accordingly, judgment is entered in favor of Defendants and against Plaintiffs.

SO ORDERED

Dated: September 15, 2009              /s/ Renee J. Gaumnitz
                                       Renee J. Gaumnitz
                                       Deputy Clerk

1

PDF created with pdfFactory trial version www.pdffactory.com